BAGLEY *et al.* v. BAGLEY.

DUCKWORTH, Justice. The only assignment of error in the bill of exceptions is upon the judgment sustaining certain grounds of special demurrer. Such judgment was not a final judgment, and the case was left pending in the court below. Therefore the bill of exceptions is prematurely brought, and the writ of error must be dismissed. Code, § 6-701; *Jackson* v. *Green*, 58 *Ga.* 460; *Berryman* v. *Haden*, 112 *Ga.* 752 (38 S. E. 53); *Johnson* v. *Battle*, 120 *Ga.* 649 (2) (48 S. E. 128); *Canuet* v. *Seaboard Air-Line Railway*, 128 *Ga.* 41 (57 S. E. 92); *MacDonell* v. *South Georgia Live Stock Corporation*, 152 *Ga.* 475 (110 S. E. 227); *Belfor* v. *Belfor*, 175 *Ga.* 694 (165 S. E. 635); *Fickett* v. *Fuller*, 171 *Ga.* 190 (154 S. E. 784); *Shearouse* v. *Shearouse*, 176 *Ga.* 902 (169 S. E. 125); *Johnson* v. *Henry*, 178 *Ga.* 542 (174 S. E. 140); *Harrell* v. *Southern Railway Co.*, 13 *Ga. App.* 409 (79 S. E. 240); *Stein* v. *Lazarus*, 33 *Ga. App.* 791 (128 S. E. 696); *Phillips* v. *Cuthbert Gin Co.*, 51 *Ga. App.* 149 (179 S. E. 774).

*Writ of error dismissed. All the Justices concur.*

No. 14138. MAY 26, 1942. REHEARING DENIED JUNE 16, 1942.

*Oliver, Oliver & Davis,* for plaintiffs.

*Aaron Kravitch, Abrahams, Bouhan, Atkinson & Lawrence,* and *Fraser & Underwood,* for defendant.